Order entered October 10 , 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01679-CR

**JORGE ARREDONDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F09-56346-K**

## ORDER

The Court **GRANTS** appellant's September 25, 2012 motion to extend time to file his brief. We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

DAVID L. BRIDGES
JUSTICE